LEE *v.* KANSAS CITY, MISSOURI.

No. 383. Decided March 4, 1968.

*Michael J. Drape* for appellant.

*Jack L. Simms* for appellee.

PER CURIAM.

The judgment of the Supreme Court of Missouri is vacated and the case is remanded to that court for further consideration in the light of *Marchetti* v. *United States,* *ante,* p. 39.

WYNN ET AL. *v.* BYRNE, COUNTY PROSECUTOR.

No. 977. Decided March 4, 1968.

*Robert L. Carter, Martin Garbus* and *Morton Stavis* for appellants.

*Thomas P. Ford, Jr.,* for appellee.

PER CURIAM.

The judgment of the United States District Court for the District of New Jersey is vacated and the cause is remanded to that court for further proceedings. *Moody* v. *Flowers,* 387 U. S. 97, at 104.

MR. JUSTICE BLACK would affirm the judgment.